# In the United States Court of Federal Claims

No. 13-200 C
(Filed July 12, 2013)

```
* * * * * * * * * * * * * * * * * * * *
WILLIAM B. HANRAHAN,           *
                               *
            Plaintiff,         *
                               *
      v.                       *
                               *
THE UNITED STATES,             *
                               *
            Defendant.         *
* * * * * * * * * * * * * * * * * * * *
```

## **ORDER**

On July 10, 2013, the parties filed a Joint Motion to Withdraw Action from Alternative Dispute Resolution. Accordingly, it is hereby **ORDERED** that the parties' motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge