# 𝔍𝔫 𝔱𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔉𝔢𝔡𝔢𝔯𝔞𝔩 ℭ𝔩𝔞𝔦𝔪𝔰

No. 13-200 C
(Filed September 10, 2013)

```
* * * * * * * * * * * * * * * * * * * *
WILLIAM B. HANRAHAN,           *
                               *
           Plaintiff,          *
                               *
     v.                        *
                               *
THE UNITED STATES,             *
                               *
           Defendant.          *
* * * * * * * * * * * * * * * * * * * *
```

## PRELIMINARY SCHEDULING ORDER

On August 26, 2013, the parties, pursuant to Appendix A, ¶ 4 of the Rules of the United States Court of Federal Claims (RCFC) filed their joint preliminary status report (JPSR). Therein, the parties report that they are considering a deferral or stay of this action. Specifically, the report states that

> Separate and apart from this litigation, the Government has been in the process of reviewing the wage rates that are the subject to Mr. Hanrahan's complaint. Mr. Hanrahan has been participating in this process as a witness. The Government's decision and action upon these rates could substantially affect Mr. Hanrahan's claims.
>
> At this time, the parties cannot predict how long this wage determination process will take. As soon as the parties are able to do so, we will approach the Court with a more definite deferral or stay proposal.

JPSR ¶ (d). Additionally, in the absence of a deferral or stay of this litigation, the parties propose a discovery plan. Based on the parties' JPSR, the court finds it may be somewhat premature to issue a Rule 16 Scheduling Order. However, the

court is certainly willing to give its approval to the discovery schedule proposed by the parties.[1]  Therefore, in accordance with the discovery schedule set forth in the parties' JPSR, it is hereby **ORDERED** that the following discovery schedule is established:

(1) **Initial Disclosures**, pursuant to RCFC 26(a), shall be **EXCHANGED** between the parties on or before **September 30, 2013**.

(2)  All **Non-Expert Discovery** shall be **COMPLETED** on or before **June 30, 2014**.

(3)  **Designation of Experts** shall be **COMPLETED** on or before **June 30, 2014**.

(4) **Plaintiff's Expert Report(s)** shall be **DISCLOSED** on or before **July 31, 2014**.

(5) **Defendant's Expert Report(s)** shall be **DISCLOSED** on or before **August 29, 2014**.

(6) All **Expert Discovery**, including depositions, shall be **COMPLETED** on or before **October 31, 2014**.

(7) On or before **November 14, 2014**, or upon the completion of discovery by the parties, whichever event occurs earlier, counsel are directed to FILE a Joint Status Report informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled.  The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17.

              s/Lynn J. Bush
              LYNN J. BUSH
              Judge

---

[1]/ The issuance of this discovery schedule does not operate to preclude the court's future deferral or stay of this litigation in the event that the parties mutually agree to such a suspension of proceedings in order to explore potential settlement and/or return to the court's alternative dispute resolution proceedings.